1983 Form

RECEIVED
2014 MAY 28 A 11:03

# In the United States District Court
# For the Northern District of Alabama

Plaintiffs: James Broadhead, #224802 #134
Bowman,
Tyreese Cowen,

Case No.: 2:14-cv-393-MEF

**DEMAND FOR JURY TRIAL**

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Defendants:
Officer, C/o, Centaurian Olds,
Officer, C/o, M. Gasdon,
Officer, C/o, Jason Smith,
Officer, nurse, LPN, M. Wilson,
Officer, C/o, Breton Robinson,
Officer, C/o, Darlw Brown,

(Enter above full name(s) of the defendant(s) in this action)

Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓)   No ( )

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiff(s): _____

      Defendant(s) _____

   2. Court (if Federal Court, name the district; if State Court, name the county)

      _____

   3. Docket Number _____

   4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____N/A_____

II. Place of present confinement  William E. Donaldson Correctional Facility,

  A. Is there a prisoner grievance procedure in this institution?
     Yes (✓)   No ( )

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
     Yes ( )   No (✓)

  C. If your answer is YES:

     1. What steps did you take? Officer, C/o C. OLDS, and Officer, C/o M. Gasdon.
        Correctional Officers.

     2. What was the result? C/o, Jason Smith, and "LPN" nurse, M. Wilson,
        and C/o, B. Robinson, and C/o, DaxVLw Brown,

  D. If your answer is NO, explain why not? _____

     _____

     _____

III. Parties
  In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

  A. Name of plaintiff(s)  James Broadhead AIS #224802, Segregation S-12,
     William E. Donaldson Correctional Facility,
     100, Warrior Lane,
     Address  Bessemer, AL, 35023

## IV. EXHAUSTION OF LEGAL REMEDIES:

16. There is not Inmate Grievance procedure in the Alabama Department of Corrections AR #319, Inmate Grievance procedure is not available to inmates Because it is still on review.

17. Plaintiff, re-allege and incorporate by reference to paragraphs 1-16.

18. The unlawful Deadly Physical Force on plaintiff constitute Assault and Battery, Violated plaintiff, James Broadhead rights and Constituted A criminal offense in Alabama under the statutes code 1896 3 44, sections § 13A-3-23. Section § 13A-12 (8) section § 13A-1-2 (9). of the criminal code of 1975.

19. The broken EL-bow and burst head and teeth broken of plaintiff, Violated plaintiff James Broadhead rights under the Statutes sections § 13A-3-23, 13A-1-2 (8) 13A-1-2 (9) of the criminal code of 1975, and constituted Dueprocess Violation Unde Color of State law, undere section § 8, 10, 11, 13, 15, of Art I of the constitution of Alabama of 1901, 20). The eplaintiff has no plain adequate orcomple remedy at law to redress the wrongs described herein Plaintiff has been and will contine to be irreparably injured by the court of the defendants unless the court grants the prosecutions and the Compensatory and punitive damages relief which plaintiff seeks.

VI, Prayer For relief

Where fore plaintiff respectfully prays that this court enter ~~into~~ judgment granting plaintiffs:
21). A declaration that the acts and omissions described herein violated plaintiff's rights under the statutes under the criminal offense under the title 13A criminal Code, of 1975, and the Constitution and laws of the State of Alabama. 22), compenseatory delamages in the amount of $2,000,00, against each defendant jointly and severally 23). Punitive damages in the amount of $2,000,00, against each defendant, 24), A jury trial on all issues triable by jury 25), Granting Appoinnment of counsel 26), Plaintiff cost in this case 27), Circuit Court judges out horiby granted them by law to exerise such other powers as are or may be granted them by law [312-17-26 code of Alabama 1975].

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B.  Defendant _____

   is employed as _____

   at _____

C.  Additional Defendants _____

   _____
   _____
   _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

I, James Broadhead Would like to make a Statement mention behalf of the Assault that took place on me I was fork ws to the ground from ablow to my tes ticle while on the around was kick-ed again and again to the testicle This type of Assault per For Form ued on me was out of hate Be douse of my my conviction How j Know this to betrue In the process of being Assault to the testicle I could hear a Voice say and j quote

-3-

you'll never be able to rape another old lady uote you'll never be able to rape another This is how j know said Assault was performed out of pare hate,

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/01/2014,
(date)

James Broadhead #224802
William E. Donaldson Correct Coval
100, warrior lane,
Bessemer AL 35023,

Segregation 5-12,

James Broadhead
Signature(s)

- 4 -

James Broadhead #224802, Segregation 5-12,
William E. Donaldson Correctional Facility
100, Warrior Lane,
Bessemer AL, 35023,

BIRMINGHAM
AL 350
23 MAY '14
PM 5 L

$ 000.69⁰
0000807944   MAY 22 2014
MAILED FROM ZIP CODE 35023

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
P.O. Box 711,
Montgomery Alabama, 36101-0711.

**LEGAL ONLY**