IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES BROADHEAD, #224802 )<br>)<br>  Plaintiff, )<br>v. )<br>)<br>OFFICER CENTAVRIAD OLDS, *et al.*, )<br>)<br>  Defendants ) | CASE NO. 2:14-cv-393-MEF<br>WO |

# **O R D E R**

On June 19, 2014, the Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing and administrative fees upon the initiation of this case.

DONE this the 16th day of July, 2014.

			/s/ Mark E. Fuller
			UNITED STATES DISTRICT JUDGE